IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                             Plaintiff,     )<br>                                                  )<br>vs.                                                ) <br>                                                  )<br>ARTURO HERNANDEZ,                  )<br>                             Defendant.  )<br>_____) | Case No. 12-40073-01-RDR |

## O R D E R

**NOW** on this 11th day of July, 2012, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting two (2) weeks' additional time to file motions herein. The Court has reviewed the motion and is fully advised of the premises.

The Court further finds that the reasons set forth in the motion justify a delay, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7). See *United States v. Toombs*, –-F.3d—, 2009 WL 2357228 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the accused shall have additional time up to and including July 26, 2012 to file motions in the above-entitled action, and the government shall have until August 6, 2012 to file responses. The hearing on said motions shall be rescheduled for August 14, 2012 at 9:30 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

s/Richard D. Rogers
United States District Judge